ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Fedmine, LLC ) | ASBCA Nos. 59442, 59443 |
| ) | |
| Under Contract No. FA7014-13-P-1021 ) | |

APPEARANCE FOR THE APPELLANT:     Edward J. Tolchin, Esq.
                                   Offit Kurman, PA
                                   Bethesda, MD

APPEARANCES FOR THE GOVERNMENT:   Lt Col James H. Kennedy III, USAF
                                   Air Force Chief Trial Attorney
                                  Erika L. Whelan Retta, Esq.
                                  John E. Pettit, Esq.
                                   Trial Attorneys

ORDER OF DISMISSAL

The appeals have been settled. Accordingly, they are dismissed from the Board's docket with prejudice.

Dated: 23 March 2015

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59442, 59443, Appeals of Fedmine, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals